UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | **Cr. No. 05-188 (HHK)** |
| **NOEL DOYE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Motion for Order Permitting Change of Residence, it is by the Court hereby

ORDERED that the motion is GRANTED and that Mr. Doye may reside at 124 Webster Avenue, NW; Apt. 6, Washington, D.C. 20011.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Rachel Lieber, AUSA
Lara G. Quint, AFPD