UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Cr. No. 05-188 (HHK) |
| **NOEL DOYE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**ORDER**

Upon consideration of defendant's Motion to Suppress Physical Evidence and the Response thereto, it is by the Court hereby

ORDERED that the Motion is GRANTED and that all physical evidence seized in the above-captioned case is SUPPRESSED.

**SO ORDERED**, this _____ day of _____, 2005.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

Copies to:

Rachel Lieber, AUSA
Lara Quint, AFPD