PRAECIPE

# United States District Court
# for the District of Columbia

the _____17th_____ day of _____August_____ 2005

USA

vs.

Noel R. Doye

}

~~Civil /~~ Criminal
Action No. 05-188

The Clerk of said Court will _Received into the_

_Court registry $100.00_

_TA Moore_

_8/11/05_
**Date**

_Nykkol Aldridge_
**Signature**

_Nykkol Aldridge_
**Print Name**

**BAR IDENTIFICATION NO.**

**Address**

**City**          **State**          **Zip Code**

**Phone Number**

```
======NO REFUND WITHOUT RECEIPT======
    CASH TENDERED $        $100.00
        100.00
===== T O T A L =======
        100.00
604700   REGISTRY FUND
CASE # 05-188        1
        DOYE, NOEL (CASH BOND)
======NO REFUND WITHOUT RECEIPT======
DC  1-1 TAM      Receipt # 137149
08/11/05          2:11:00 PM
        WASHINGTON D.C.
   U.S. DISTRICT COURT
```

**CERTIFICATE OF SERVICE**