UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | Criminal 05-0188 (HHK) |
| v. | |
| NOEL R. DOYE, Defendant. | |

FILED
JAN 4 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SHOW CAUSE

The Court received a "Request for Removal from PSA Supervision," dated December 21, 2005, from the District of Columbia Pretrial Services Agency (Pretrial Services Officer Eric Mitchell), indicating that defendant has not complied with the conditions of his release under the High Intensity Supervision Program. The alleged violations are set forth in the "Request for Removal," and the Pretrial Office recommended that a hearing be held to determine if there are any release conditions that will assure community safety and court appearance. Upon consideration of the "Request for Removal," it is this 4th day of January, 2006, hereby

**ORDERED** that defendant shall show cause why his conditions of release should not be revoked or modified; and it is further

**ORDERED** that a show cause hearing is scheduled for January 13, 2006 at 2:00 p.m.

Henry H. Kennedy, Jr.
United States District Judge