# WARRANT FOR ARREST

182295

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>NOEL R. DOYE<br><br>DOB: 2-16-78    PDID# 466-628 | DOCKET NO: CR05-188-01 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST | FILED<br>FEB 24 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 + GRS. COCAINE BASE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21USC841(a)(1), 841(b)(1)(B)(iii) |
|---|---|
| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY:<br>Henry H. Kennedy Jr. | JUDGE/MAGISTRATE JUDGE<br>Henry H. Kennedy Jr. | DATE ISSUED:<br>1/30/2006 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: Robert E. West | DATE:<br>1/30/2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>01-30-06 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |
|---|---|---|
| DATE EXECUTED<br>2-24-06 | | |

182295